Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Ink! Coffee Company** |
| United States Bankruptcy Court for the: | **DISTRICT OF COLORADO** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Alpine Bank 400 7th Street South Rifle, CO 81650** | **800-551-6098** | **Business Ready Reserve** | | | | **$46,276.98** |
| **American Express PO Box 96001 Los Angeles, CA 90096-8000** | **800-528-2122** | **Credit Card** | | | | **$24,354.02** |
| **American Express Platinum PO Box 96001 Los Angeles, CA 90096-8000** | | **Credit Card** | | | | **$95,904.44** |
| **Aspen Skiing Company Attn: Accts Receivable PO Box 1248 Aspen, CO 81612** | **Holly** **970-925-1220** | | | | | **$255,797.12** |
| **Burrito Del Mar PO Box 19793 Boulder, CO 80308-2793** | **303-903-1153** | | | | | **$152,612.03** |
| **Chase Card Services Cardmember Service PO Box 6294 Carol Stream, IL 60197-6294** | | **Credit Card** | | | | **$72,112.65** |
| **Chris Leevers 2630 W 38th Ave Denver, CO 80211** | | | | | | **$182,000.00** |
| **Citibusiness Card PO Box 6235 Sioux Falls, SD 57117-6235** | **800-842-6596** | **Credit Card** | | | | **$24,207.16** |

Debtor  **Ink! Coffee Company**

Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Fox Funding Group LLC 803 S 21st Ave Hollywood, FL 33020 | underwriting@foxbusinessfunding.com 8008954424 | | | $150,000.00 | $0.00 | $150,000.00 |
| Italco Food Products PO Box 17981 Denver, CO 80217-7981 | Guin Perigo 303-722-1882 | | | | | $11,477.67 |
| Kapitus LLC Kapitus Servicing Inc. 2500 Wilson Blvd Ste 350 Arlington, VA 22201 | generalcounsel@kapitus.com | | | $63,065.00 | $0.00 | $63,065.00 |
| Larimer Investments, LLC 303 S Broadway, Ste 200-350 Denver, CO 80209 | Kathy Guill 303-526-6699 | | | | | $74,585.63 |
| Newtek 1981 Marcus Ave Ste 130 Lake Success, NY 11042 | 212-356-9500 | | | $1,545,456.13 | $150,000.00 | $1,395,456.13 |
| Taubman Cherry Creek Shopping Center, LL Department 89801 PO Box 89801 Detroit, MI 48267-0898 | | | | | | $10,115.31 |
| Timberland Bank 624 Simpson Ave Hoquiam, WA 98550 | 866-702-4430 | Business Loan | | $211,923.00 | $0.00 | $211,923.00 |
| US Bank Cardmember Service PO Box 6335 Fargo, ND 58125-6335 | 1-877-351-8406 | Credit Card | | | | $14,618.46 |
| US Bank CO Business Banking PO Box 4493 Portland, OR 97208-4493 | | Line of Credit | | | | $46,536.13 |

| Debtor | **Ink! Coffee Company** | | Case number *(if known)* | |
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **US Small Business Administration 10737 Gateway West #300 El Paso, TX 79935-4910** | | **PPP** | | | | **$10,898.28** |
| **US Small Business Administration 10737 Gateway West #300 El Paso, TX 79935-4910** | | **EIDL** | | **$300,000.00** | **$0.00** | **$300,000.00** |
| **US Small Business Administration 10737 Gateway West #300 El Paso, TX 79935-4910** | | **EIDL** | | **$150,000.00** | **$0.00** | **$150,000.00** |