# EXHIBIT 1

| Week Number --> | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|---|---|
| | Actuals | ual (Begin Cash) | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast |
| | 22-Apr | 24-Jun | 1-Jul | 8-Jul | 15-Jul | 22-Jul | 29-Jul | 5-Aug | 12-Aug | 19-Aug |
| **Opening Cash Bal** | | 49,400 | 31,717 | 73,117 | 48,174 | 155,874 | 146,491 | 206,991 | 144,448 | 183,548 |
| **Receipts** | | | | | | | | | | |
| 1801 | | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 6,500 | 6,500 | 6,500 |
| BB | | 12,000 | 12,000 | 13,000 | 14,000 | 14,000 | 13,000 | 13,000 | 12,000 | 13,000 |
| NJH | | 4,500 | 4,500 | 4,800 | 4,800 | 4,700 | 4,700 | 4,700 | 4,700 | 4,700 |
| CCM | | 23,000 | 23,000 | 23,000 | 23,000 | 23,000 | 25,000 | 24,000 | 24,000 | 24,000 |
| Wholesale | | 3,000 | 3,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 |
| | | | | | | | | | | |
| Anticipated Secured loan | | | | | 100,000 | | 32,000 | | 32,000 | |
| Unsecured Credit | | 12,000 | 12,000 | 12,000 | | | | | | |
| **Total Receipts** | | 60,500 | 60,500 | 60,800 | 149,800 | 49,700 | 82,700 | 50,200 | 81,200 | 50,200 |
| | | | | | | | | | | |
| **Expenses** | | | | | | | | | | |
| Payroll | | | | | | | | | | |
| ICC | | 10,500 | | 10,500 | | 10,500 | | 10,500 | | 10,500 |
| Wholesale | | 2,800 | | 4,000 | | 4,000 | | 4,000 | | 4,000 |
| Store Managers | | 8,583 | | 8,583 | | 8,583 | | 8,583 | | 8,583 |
| Staff | | 22,000 | | 22,000 | | 22,000 | | 22,000 | | 22,000 |
| 401k/Fees | | | 1,800 | | 1,800 | | 1,800 | | 1,800 | |
| Benefits | | | | 8,500 | | | | 8,500 | | |
| | | | | | | | | | | |
| Rent | | | | | | | | | | |
| Aspen | | | | | | | | | | |
| 1801 | | 1,500 | | 1,500 | | | | 1,500 | | |
| BB | | 5,000 | | 5,000 | | | | 5,000 | | |
| NJH | | 4,000 | | 1,160 | | | | 1,160 | | |
| CCM | | 8,500 | | 7,500 | | | | 7,500 | | |
| ICC | | | | | | | | | | |
| Wholesale | | | | | | | | | | |
| Corp Retail | | | | | | | | | | |
| | | | | | | | | | | |
| Sales tax | | | | | | | | | | |
| Aspen | | | | | | | | | | |
| Aurora | | 100 | 100 | | 100 | | | | 100 | |
| Denver | | | | | 7,000 | | | | 7,000 | |
| Colorado | | | | | 18,000 | | 3,200 | | 18,000 | |
| | | | | | | | | | | |
| Vendor Pymts | | | | | | | | | | |
| endor payments Credit card | | 12,000 | 12,000 | 12,000 | 12,000 | 12,000 | 12,000 | 12,000 | 12,000 | 12,000 |
| Alpine (Roasting) | | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 |
| Accounting | | 1,200 | | | 1,200 | | | | 1,200 | |
| Merchant Fees | | | | | | | | | | |
| Aspen | | | | | | | | | | |
| 1801 | | | 1,200 | | | | 1,200 | | | |
| BB | | | 1,200 | | | | 1,200 | | | |
| NJH | | | 600 | | | | 600 | | | |
| Wholesale | | | 200 | | | | 200 | | | |
| | | | | | | | | | | |
| BK Expenses | | | | | | | | | | |
| Andy Johnson Legal | | | | | | | | 15,000 | | 12,500 |
| R2 LLC | | | | | | | | 15,000 | | 15,000 |
| Other BK Expense-Trustee | | | | 3,000 | | | | | | |
| | | | | | | | | | | |
| **Total Expense** | | 78,183 | 19,100 | 85,743 | 42,100 | 59,083 | 22,200 | 112,743 | 42,100 | 86,583 |
| **Ending Cash before Liab** | | 31,717 | 73,117 | 48,174 | 155,874 | 146,491 | 206,991 | 144,448 | 183,548 | 147,165 |
| **Liability Pymts** | | | | | | | | | | |
| Amex Plat | | | | | | | | | | |
| Citi Card | | | | | | | | | | |
| Chase Card | | | | | | | | | | |
| Capital One | | | | | | | | | | |
| US Bank CC | | | | | | | | | | |
| Newtek SBA | | | | | | | | | | |
| PPP | | | | | | | | | | |
| EIDL | | | | | | | | | | |
| Alpine LOC | | | | | | | | | | |
| US Bank Loc | | | | | | | | - | - | - | - |
| ARF Financial | | | | | | | | | | |
| Kapitus | | | | | | | | | | |
| Fox Loan | | | | | | | | | | |
| MX5 Bridge Loan | | | | | | | | | | |
| **Total Liabilities** | | - | - | - | - | - | - | - | - | - |
| **Ending Cash after Liab** | | 31,717 | 73,117 | 48,174 | 155,874 | 146,491 | 206,991 | 144,448 | 183,548 | 147,165 |

| | | | | Estimated end of BK | | | |
|---|---|---|---|---|---|---|---|
| Week Number --> | 10 | 11 | 12 | 13 | | | |
| | Forecast | Forecast | Forecast | Forecast | | | TOTAL |
| | 26-Aug | 2-Sep | 9-Sep | 16-Sep | | | |
| **Opening Cash Bal** | 147,165 | 176,865 | 129,422 | 153,822 | | | |
| **Receipts** | | | | | | | |
| 1801 | 6,000 | 6,000 | 6,000 | 6,000 | | | 86,000 |
| BB | 13,000 | 13,000 | 13,000 | 13,000 | | | 182,000 |
| NJH | 4,700 | 4,700 | 4,700 | 4,700 | | | 65,600 |
| CCM | 23,000 | 23,000 | 23,000 | 23,000 | | | 329,000 |
| Wholesale | 2,000 | 2,000 | 2,000 | 2,000 | | | 31,000 |
| | | | | | | | |
| Anticipated Secured loan | | | | | | | |
| Unsecured Credit | | | | | | | |
| **Total Receipts** | 48,700 | 48,700 | 48,700 | 48,700 | | | 893,600 |
| | | | | | | | |
| **Expenses** | | | | | | | |
| Payroll | | | | | | | |
| ICC | | 10,500 | | 10,500 | | | 73,500 |
| Wholesale | | 4,000 | | 4,000 | | | 26,800 |
| Store Managers | | 8,583 | | 8,583 | | | 60,081 |
| Staff | | 22,000 | | 22,000 | | | 154,000 |
| 401k/Fees | 1,800 | | 1,800 | | | | 12,600 |
| Benefits | | | 8,500 | | | | 25,500 |
| | | | | | | | |
| Rent | | | | | | | |
| Aspen | | | | | | | - |
| 1801 | | 1,500 | | | | | 6,000 |
| BB | | 5,000 | | | | | 20,000 |
| NJH | | 1,160 | | | | | 7,480 |
| CCM | | 7,500 | | | | | 31,000 |
| ICC | | | | | | | |
| Wholesale | | | | | | | |
| Corp Retail | | | | | | | |
| | | | | | | | |
| Sales tax | | | | | | | |
| Aspen | | | | | | | - |
| Aurora | | | | 100 | | | 500 |
| Denver | | | | 14,000 | | | 28,000 |
| Colorado | 3,200 | | | 30,400 | | | 72,800 |
| | | | | | | | |
| Vendor Pymts | | | | | | | |
| endor payments Credit card | 12,000 | 12,000 | 12,000 | 12,000 | | | 168,000 |
| Alpine (Roasting) | 2,000 | 2,000 | 2,000 | 2,000 | | | 20,000 |
| Accounting | | 1,200 | | | | | |
| Merchant Fees | | | | | | | |
| Aspen | | | | | | | - |
| 1801 | | 1,200 | | | | | 3,600 |
| BB | | 1,200 | | | | | 3,600 |
| NJH | | 600 | | | | | 1,800 |
| Wholesale | | 200 | | | | | 600 |
| | | | | | | | |
| BK Expenses | | | | | | | |
| Andy Johnson Legal | | 15,000 | | 5,000 | | | 52,500 |
| R2 LLC | | 2,500 | | 2,500 | | | 35,000 |
| Other BK Expense-Trustee | | | | | | | |
| | | | | | | | |
| **Total Expense** | 19,000 | 96,143 | 24,300 | 111,083 | | | 817,161 |
| **Ending Cash before Liab** | 176,865 | 129,422 | 153,822 | 91,439 | | | 91,439 |
| **Liability Pymts** | | | | | | | |
| Amex Plat | | | | | | | - |
| Citi Card | | | | | | | - |
| Chase Card | | | | | | | - |
| Capital One | | | | | | | - |
| US Bank CC | | | | | | | - |
| Newtek SBA | | | | | | | - |
| PPP | | | | | | | - |
| EIDL | | | | | | | - |
| Alpine LOC | | | | | | | - |
| US Bank Loc | - | - | - | - | | | - |
| ARF Financial | | | | | | | - |
| Kapitus | | | | | | | - |
| Fox Loan | | | | | | | - |
| MX5 Bridge Loan | | | | | | | - |
| **Total Liabilities** | - | - | - | - | | | - |
| **Ending Cash after Liab** | 176,865 | 129,422 | 153,822 | 91,439 | | | 91,439 |