# EXHIBIT 2

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re:<br><br>INK! COFFEE COMPANY,<br>EIN: 84-1318782<br><br>            Debtor. | Case No. 24-13445-KHT<br>Chapter 11, Subchapter V |

## DECLARATION OF KEITH HERBERT

I, Keith Herbert, have personal knowledge of the contents of this declaration declare under penalty of perjury the following is true to the best of my personal knowledge, formed after a reasonable inquiry:

### INTRODUCTION

1. I am over 18 years old.

2. I am the Chief Executive Officer of Ink! Coffee Company ("Ink! Coffee"). I am also a member of Ink! Coffee's Board of Directors, an employee of Ink! Coffee, and I own 35% of the outstanding shares of Ink! Coffee.

3. I have been in the restaurant / food & beverage industry for more than 30 years. I started Ink! Coffee in 1994 with a stainless-steel cart at the base of Snowmass Mountain. From 1994 through 2019 Ink! Coffee grew to include a specialty roasting operation and 16 retail locations throughout the Denver metro area and Aspen. In 2019, Ink! Coffee had approximately $4,935,569 in revenues.

4. As explained in more detail below, the COVID-19 pandemic and its resulting changes to the downtown Denver commercial core, along with changes to the local economic environment have forced radical changes to Ink! Coffee's business.

5. As of the date of filing this bankruptcy case, Ink! Coffee roasts and sells exceptional coffee and also sells locally-sourced prepared foods from 4 retail locations in the Dever area: in the Cherry Creek Shopping Center, in the National Jewish Health hospital, in the lobby of 1801 California Street in Denver, and on University Boulevard in the Bonnie Brae neighborhood. Ink! Coffee also maintains an office and roastery where Alpine Coffee roasts all of Ink! Coffee's beans in Aurora, Colorado, under Ink! Coffee's supervision. Ink! Coffee has 26 full and part-time employees.

## INK! COFFEE HISTORY

6. Through 2019 Ink! Coffee was a thriving and growing business that operated 16 locations, many of which were located in office buildings in or near downtown Denver. Ink! Coffee also had locations in Aspen and the RINO neighborhood in Denver. As part of its expansion, in December 2019, Ink! Coffee obtained a nearly $2 million SBA-guaranteed loan.

7. In 2020, the stay-at-home orders resulting from the COVID-19 pandemic turned off Ink! Coffee's business like a light switch. In the early stages of the pandemic, Ink! Coffee obtained a PPP loan, which was substantially forgiven, and $500,000 worth of EIDL loans. While the pandemic relief loans helped, they did not change the reality that the office workers that kept many of Ink! Coffee's retail locations alive did not return to the office. As a result, since 2020, Ink! Coffee was forced to shutter all but 4 of its locations. Since 2020, Ink! Coffee has also reduced expenses and made many efforts to adjust to the current economic climate, including raising its prices and eliminating less profitable menu items.

8. The store closures and expense reductions, however, did not solve all of Ink! Coffee's problems. Since 2020, changes in the local economy, including a massive increase in wages, difficulty finding employees, and substantial increases in the cost of goods, among others,

further squeezed Ink! Coffee's finances. Faced with debt from a 16-store platform and a new economic landscape that appeared to be here to stay, in 2023, Ink! Coffee continued to reduce expenses and undertook a nearly year-long effort to preserve the value of its business through a going concern sale, investment, or other transaction that would enable Ink! Coffee to meet its financial obligations.

9. In 2023 and early 2024, Ink! Coffee took out three merchant cash advance loans in anticipation of finding a transaction or longer-term capital source to enable it to service its debt and fund continued operations. The merchant cash advance lenders automatically withdrew approximately $10,000 per week from Ink! Coffee's bank account, which intensified pressure on Ink! Coffee's finances.

10. After the year of marketing efforts, Ink! Coffee, in consultation with its financial advisor and marketing consultant, r2 advisors llc, was able to identify only one party interested in a potential transaction. That party made an offer to purchase substantially all of Ink! Coffee's assets. Ink! Coffee approached its senior secured lender about the transaction and how to accomplish it. Ink! Coffee is informed while the lender was not necessarily opposed to the transaction, it was not in a position to consent or facilitate the transaction through a foreclosure sale of Ink! Coffee's assets. Ink! Coffee filed this bankruptcy case to consummate the potential sale for the benefit of its creditors.

## INK! COFFEE'S FINANCIAL STRUCTURE

11. Ink! Coffee is owned 35% by Keith Herbert, 25% by John Rose, and 40% by Andrew Saltonstal. Mr. Saltonstal is not an officer, director, or employee of Ink! Coffee.

12. Ink! Coffee's secured debts are as follows in the order of priority in which I understand the creditors' security interests rank:

3

| Creditor | Approximate Amount Owed | Ink! Coffee Collateral | Perfection Date |
|---|---|---|---|
| State of Colorado Department of Revenue (sales tax owed) | $62,000 | Goods and business fixtures, excepting stock of goods sold or for sale in the ordinary course of business | N/A Colo. Rev. Stat. § 39-26-117(1)(a) |
| City and County of Denver (personal property tax) | $3,566 | Business personal property | N/A Colo. Rev. Stat. § 39-1-107(2) |
| Newtek Small Business Finance LLC (SBA guaranteed) | $1,545,456 | Substantially all assets | 12/10/2019 |
| Small Business Administration (2020 EIDL loan) | $150,000 | Substantially all assets | 6/5/2020 |
| Small Business Administration (2021 EIDL loan) | $350,000 | Substantially all assets | 6/5/2020 |
| Timberland Bank | $211,923 | Substantially all assets | 7/14/2023 |
| Kapitus LLC | $63,000 | Substantially all assets | 2/7/2024 |
| Fox Funding | $141,375 | accounts receivable and payment rights arising out of or relating to for Merchant's sale or delivery of goods and/or services due after the date of the agreement | 3/14/2024 |
| **Total** | **$2,483,820** | | |

13. In addition to the secured debts identified above, Ink! Coffee has approximately $222,000 in credit card debt, approximately $95,000 in two unsecured lines of credit from two banks, approximately $157,000 in an unsecured line of credit from Chris Leevers, and according

4

to Ink! Coffee's accounts payable aging report, approximately $376,000 in debt owed to vendors and landlords.

## INK! COFFEE'S OPERATIONS AND UNSECURED POST-PETITION CREDIT

14. Ink! Coffee operates from 4 leased retail locations as described in the introduction above. Ink! Coffee purchases coffee beans from suppliers and has a relationship with Alpine Coffee to roast the beans to Ink! Coffee's specifications, for which Ink! pays $6.00 per pound. Alpine Coffee is a business owned by Chris Leevers.

15. Ink! Coffee's primary revenue source is from the sale of retail coffee, tea, and food sold from its four retail stores to individual customers. Approximately 90% of those sales are through credit cards. While Ink! Coffee has some seasonal fluctuations in sales, the weekly sales during this case are anticipated to be stable at approximately $48,000.

16. In the ordinary course of business, Ink! Coffee collects sales taxes from customers. Debtor reports and is required to pay sales taxes for the prior month on a monthly basis. Ink! Coffee will timely report and pay all sales taxes collected during the case.

17. Ink! Coffee has approximately 50 vendors that supply everything from unroasted coffee beans, other ingredients for coffee drinks, tea, prepared food and beverage products, cups, paper, linens, and necessary services. Ink! Coffee gets deliveries of goods to each store from individual vendors, the schedule for which ranges from one week for many items to quarterly for less used items. Ink! Coffee is largely on a cash-on-delivery basis with its goods vendors. Ink! Coffee had paid its vendors with various credit cards near or at the time of delivery of goods from vendors. The amounts to be paid for each vendor vary and because I am the only person with signing authority on Ink! Coffee bank accounts, it was not feasible to pay vendors by check or in another manner. To the extent that the Ink! Coffee credit cards continue to work, I intend to use

the credit cards in the same manner and pay for only purchases made after the bankruptcy case. I understand, however, that the Ink! Coffee credit cards may stop working. I also intend to request a debit card for the Ink! Coffee debtor-in-possession bank account to facilitate payments to vendors in the event the Ink! Coffee credit cards stop working.

18. Prior to the start of this bankruptcy case, Ink! Coffee has received cash infusions in the form of unsecured loans from Chris Leevers totaling $155,000, which were not repaid. No written agreement exists for these loans. Mr. Leevers is the party interested in purchasing Ink! Coffee's assets. Mr. Leevers also owns the entity that operates the roasting facility that Ink! Coffee pays to roast its coffee beans. Mr. Leevers continues to be interested in purchasing Ink! Coffee's assets and assuming Ink! Coffee's leased locations.

19. Mr. Leevers has agreed to advance up to $48,000 in additional unsecured credit during this case, by permitting Ink! Coffee to use one of his credit cards to pay Ink! Coffee vendors for goods delivered after the bankruptcy case was commenced, with Ink! Coffee to repay Mr. Leevers the principal amount used for those vendors as it is able, with the goal of paying on a weekly basis, with no interest. For the first three weeks of the Budget, Ink! Coffee will not be required to promptly repay the amounts advanced or charged on the credit card. In weeks 4 and after of the Budget, Ink! Coffee will promptly repay the amounts charged on the credit card. Ink! Coffee is also negotiating a secured, debtor-in-possession loan, for which Ink! Coffee will seek bankruptcy court approval once finalized.

20. Ink! Coffee's cash budget for the next 13 weeks is attached to this declaration (the "Budget"). Ink! Coffee's former controller created the form of the budget, which I, with the assistance of r2, have continued to update and refine for the last year. The projections for revenue and expenses in the Budget Ink! Coffee's historical financial performance, including the budget-

6

to-actual information for approximately the prior 12 months in which Ink! Coffee has been using the Budget. As a result, I believe the Budget reflects reasonably conservative estimates of revenue and expenses the Ink! Coffee will have during the period reflected in the Budget.

## INK! COFFEE'S CUSTOMER PROGRAMS

21. Prior to the Petition Date and in the ordinary course of Debtor's business, Debtor sold pre-paid gift cards for use towards the purchase of products sold at Ink! Coffee's locations. Debtor estimates that approximately $106,000 worth of unexpired and unredeemed gift cards were outstanding on the Petition Date (the "Prepetition Gift Cards"). Debtor lacks information about the identities of customers who purchased the Prepetition Gift Cards or the persons who may currently hold those Prepetition Gift Cards. As a result, the physical gift card is required for redemption.

22. Also prior to the Petition Date and in the ordinary course of Debtor's business, Debtor offered a loyalty program for its customers (the "Loyalty Program"). There is no cost to participate in Loyalty Program, which provides for two benefits: (a) for every $50 a Loyalty Program participant spends at one of the Ink! Coffee locations, the customer earns $5 towards a purchase at an Ink! Coffee location, and (b) a free drink on a Loyalty Program participant's birthday. Debtor asserts the Loyalty Program is an essential tool for Debtor's business but has a minimal effect on Debtor's budget.

23. Debtor estimates that gift card redemption and honoring the Loyalty Program costs approximately $100 to $200 per week.

## INK! COFFEE'S EMPLOYEES

**A. WAGES**

24. As of Ink! Coffee's June 14, 2024, payroll, Ink! Coffee employed 29 full and part-

7

time employees (the "Employees"), though the precise number varies as the result of turnover. The majority of Ink! Coffee's Employees are paid on an hourly basis. Ink! Coffee has five salaried employees, two of which are insiders (Keith Herbert and John Rose)[1].

25. The Employees are paid bi-weekly, one week in arrears. Ink! Coffee's June 14, 2024 payroll covered the period of May 27, 2024 through June 9, 2024. The aggregate amount of Ink! Coffee's June 14, 2024 payroll was approximately $46,938, of which approximately $2,477 was voluntary employee reductions, $9,620 was for tax deductions from the Employees' gross pay, and $34,841 was net wages, and Ink! Coffee's side of employment taxes. Employee benefits (discussed further below) was $5,077 and the fee owed to Ink! Coffee's payroll processer was $750. Ink! Coffee's prior payroll was approximately the same.

26. Ink! Coffee's next payroll will be June 28, 2024, which covers the time period June 10, 20204, through June 23, 2024. Ink! Coffee's total payroll for each period varies because most of Ink! Coffee's employees are hourly. Certain employees receive tips, all of which are paid to the Employees. The aggregate amount of tips per payroll varies. Ink! Coffee estimates that it will have a presently due payroll obligation to the Employees for the June 28, 2024 payroll in approximately the same amount as Ink! Coffee's June 14, 2024 payroll (the "Wages").

27. Ink! Coffee withholds certain taxes from each Employee's pay and must pay the employer's portion of certain employment taxes in the ordinary course, including FICA/Social Security, Medicare, FUTA, SUTA, COFAMLI, and certain local taxes (the "Employment Taxes").

28. Ink! Coffee uses Automatic Data Processing ("ADP") as its payroll processing service. ADP debits Ink! Coffee's account one business day prior to each payroll and pays Employees directly following Ink! Coffee's payroll remittance to ADP.

---

[1] Mr. Herbert owns 35% of the Ink! Coffee's shares and Mr. Rose owns 25% of the Ink! Coffee's shares. Both Mr. Herbert and Mr. Rose are officers and directors of the Ink! Coffee and are referred to as the "Insiders."

29. As of the Petition Date, there are no Employees, including the Insiders who are owed in excess of $15,150[2] for Wages.

**B. EMPLOYEE BENEFIT PLANS**

30. Ink! Coffee offers its Employees a number of benefits (collectively, the "Benefits"). The Benefits are as follows:

    a. eligibility to participate in Ink! Coffee's 401(k) plan, for which Ink! Coffee does not provide any matching contributions. Debtor's monthly fee to maintain the 401(k) plan is approximately $750.00;

    b. eligibility for Employees and their families to participate in medical and prescription coverage under a plan administered through United Healthcare ("UHC");

    c. a dental benefit through UHC;

    d. a vision insurance plan administered through UHC; and

    e. term life insurance through UHC.

For any employee that participates in Ink! Coffee's group health, dental, vision, and/or life insurance plan through UHC, Ink! Coffee pays a portion of the Employee's premium.

31. Ink! Coffee's salaried Employees are eligible to receive sick pay, paid time off days and vacation days (the "PTO"). The amount of PTO varies based on each Employee's role with the company. Five employees currently have accrued PTO, one of which has 10 days accrued and the other four of which have 9 days accrued. None of the employees with accrued PTO are Insiders.

32. On a net basis, Ink! Coffee's monthly cost of the Benefits is approximately $7,000, the bulk of which is for health insurance, dental, and vision premiums. Employees that choose to participate in the health insurance benefit have an amount deducted from each paycheck based on the number of hours the Employee worked and who in the Employee's family is covered by the

---

[2] I am informed this is the current limit for a priority claim under 11 U.S.C. § 507(a)(4).

9

benefit. Ink! Coffee pays the UHC premiums shortly after the month for which the premium applies, meaning the June 2024 UHC premium has already been paid.

33. Most Ink! Coffee employees are hourly and the number of hours worked varies by pay period. However, Ink! Coffee's payroll is quite consistent from pay period to pay period. Attached to this declaration is a schedule of the wages and benefits owed to Ink! Coffee employees for the prior pay period.[3] As shown, no Employee was owed or earned Wages and Benefits in excess of the $15,150 cap (less the amount paid for priority wages under 11 U.S.C. § 507(a)(4)) or priority benefits claims contained in 11 U.S.C. § 507(a)(5). I anticipate the payroll for June 28, 2024, to be substantially the same.

### C. SOCIAL SECURITY, INCOME TAXES AND OTHER WITHHOLDING

34. Ink! Coffee routinely withholds certain amounts that Ink! Coffee is required to transmit to third parties. Examples of such withholding include, among others, Social Security, FICA, federal and state income taxes, garnishments, health care payments, and 401(k) contributions, among others. Those withholdings may constitute funds held in trust and, therefore, may not be property of Ink! Coffee's bankruptcy estate. However, to the extent court authorization is necessary, Ink! Coffee requests entry of an order authorizing, but not directing, Ink! Coffee to direct such funds to the appropriate parties.

Dated June 24, 2024

Keith (Herbie) Herbert,
Chief Executive Officer

---

[3] Ink! Coffee customers often tip. These tips are paid directly to the applicable employees without deduction or offset. Tips paid by credit card are paid to employees through the ADP payroll. I am informed the tips are not Ink! Coffee property and are therefore excluded from the attached schedule of wages owed and paid.

10

# EXHIBIT A

| Week Number --> | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|---|---|
| | Actual | Actual (Begin Cash) | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast |
| | 22-Apr | 24-Jun | 1-Jul | 8-Jul | 15-Jul | 22-Jul | 29-Jul | 5-Aug | 12-Aug | 19-Aug |
| **Opening Cash Bal** | | 49,400 | 31,717 | 73,117 | 48,174 | 155,874 | 146,491 | 206,991 | 144,448 | 183,548 |
| **Receipts** | | | | | | | | | | |
| 1801 | | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 6,500 | 6,500 | 6,500 |
| BB | | 12,000 | 12,000 | 13,000 | 14,000 | 14,000 | 13,000 | 13,000 | 12,000 | 13,000 |
| NJH | | 4,500 | 4,500 | 4,800 | 4,800 | 4,700 | 4,700 | 4,700 | 4,700 | 4,700 |
| CCM | | 23,000 | 23,000 | 23,000 | 23,000 | 23,000 | 25,000 | 24,000 | 24,000 | 24,000 |
| Wholesale | | 3,000 | 3,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 |
| | | | | | | | | | | |
| Anticipated Secured loan | | | | | 100,000 | | 32,000 | | 32,000 | |
| Unsecured Credit | | 12,000 | 12,000 | 12,000 | | | | | | |
| **Total Receipts** | | 60,500 | 60,500 | 60,800 | 149,800 | 49,700 | 82,700 | 50,200 | 81,200 | 50,200 |
| | | | | | | | | | | |
| **Expenses** | | | | | | | | | | |
| Payroll | | | | | | | | | | |
| ICC | | 10,500 | | 10,500 | | 10,500 | | 10,500 | | 10,500 |
| Wholesale | | 2,800 | | 4,000 | | 4,000 | | 4,000 | | 4,000 |
| Store Managers | | 8,583 | | 8,583 | | 8,583 | | 8,583 | | 8,583 |
| Staff | | 22,000 | | 22,000 | | 22,000 | | 22,000 | | 22,000 |
| 401k/Fees | | | 1,800 | | 1,800 | | 1,800 | | 1,800 | |
| Benefits | | | | 8,500 | | | | 8,500 | | |
| | | | | | | | | | | |
| Rent | | | | | | | | | | |
| Aspen | | | | | | | | | | |
| 1801 | | 1,500 | | 1,500 | | | | 1,500 | | |
| BB | | 5,000 | | 5,000 | | | | 5,000 | | |
| NJH | | 4,000 | | 1,160 | | | | 1,160 | | |
| CCM | | 8,500 | | 7,500 | | | | 7,500 | | |
| ICC | | | | | | | | | | |
| Wholesale | | | | | | | | | | |
| Corp Retail | | | | | | | | | | |
| | | | | | | | | | | |
| Sales tax | | | | | | | | | | |
| Aspen | | | | | | | | | | |
| Aurora | | 100 | 100 | | 100 | | | | 100 | |
| Denver | | | | | 7,000 | | | | 7,000 | |
| Colorado | | | | | 18,000 | | 3,200 | | 18,000 | |
| | | | | | | | | | | |
| Vendor Pymts | | | | | | | | | | |
| Vendor payments Credit card | | 12,000 | 12,000 | 12,000 | 12,000 | 12,000 | 12,000 | 12,000 | 12,000 | 12,000 |
| Alpine (Roasting) | | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 |
| Accounting | | 1,200 | | | 1,200 | | | | 1,200 | |
| Merchant Fees | | | | | | | | | | |
| Aspen | | | | | | | | | | |
| 1801 | | | 1,200 | | | | 1,200 | | | |
| BB | | | 1,200 | | | | 1,200 | | | |
| NJH | | | 600 | | | | 600 | | | |
| Wholesale | | | 200 | | | | 200 | | | |
| | | | | | | | | | | |
| BK Expenses | | | | | | | | | | |
| Andy Johnson Legal | | | | | | | | 15,000 | | 12,500 |
| R2 LLC | | | | | | | | 15,000 | | 15,000 |
| Other BK Expense-Trustee | | | | 3,000 | | | | | | |
| | | | | | | | | | | |
| **Total Expense** | | 78,183 | 19,100 | 85,743 | 42,100 | 59,083 | 22,200 | 112,743 | 42,100 | 86,583 |
| **Ending Cash before Liab** | | 31,717 | 73,117 | 48,174 | 155,874 | 146,491 | 206,991 | 144,448 | 183,548 | 147,165 |
| **Liability Pymts** | | | | | | | | | | |
| Amex Plat | | | | | | | | | | |
| Citi Card | | | | | | | | | | |
| Chase Card | | | | | | | | | | |
| Capital One | | | | | | | | | | |
| US Bank CC | | | | | | | | | | |
| Newtek SBA | | | | | | | | | | |
| PPP | | | | | | | | | | |
| EIDL | | | | | | | | | | |
| Alpine LOC | | | | | | | | | | |
| US Bank Loc | | | | | | | | - | - | - | - |
| ARF Financial | | | | | | | | | | |
| Kapitus | | | | | | | | | | |
| Fox Loan | | | | | | | | | | |
| MX5 Bridge Loan | | | | | | | | | | |
| **Total Liabilities** | | - | - | - | - | - | - | - | - | - |
| **Ending Cash after Liab** | | 31,717 | 73,117 | 48,174 | 155,874 | 146,491 | 206,991 | 144,448 | 183,548 | 147,165 |

|  |  |  |  | Estimated end of BK |  |  |
|---|---|---|---|---|---|---|
| Week Number --> | 10 | 11 | 12 | 13 |  |  |
|  | Forecast | Forecast | Forecast | Forecast |  | TOTAL |
|  | 26-Aug | 2-Sep | 9-Sep | 16-Sep |  |  |
| **Opening Cash Bal** | 147,165 | 176,865 | 129,422 | 153,822 |  |  |
| **Receipts** |  |  |  |  |  |  |
| 1801 | 6,000 | 6,000 | 6,000 | 6,000 |  | 86,000 |
| BB | 13,000 | 13,000 | 13,000 | 13,000 |  | 182,000 |
| NJH | 4,700 | 4,700 | 4,700 | 4,700 |  | 65,600 |
| CCM | 23,000 | 23,000 | 23,000 | 23,000 |  | 329,000 |
| Wholesale | 2,000 | 2,000 | 2,000 | 2,000 |  | 31,000 |
|  |  |  |  |  |  |  |
| Anticipated Secured loan |  |  |  |  |  |  |
| Unsecured Credit |  |  |  |  |  |  |
| **Total Receipts** | 48,700 | 48,700 | 48,700 | 48,700 |  | 893,600 |
|  |  |  |  |  |  |  |
| **Expenses** |  |  |  |  |  |  |
| Payroll |  |  |  |  |  |  |
| ICC |  | 10,500 |  | 10,500 |  | 73,500 |
| Wholesale |  | 4,000 |  | 4,000 |  | 26,800 |
| Store Managers |  | 8,583 |  | 8,583 |  | 60,081 |
| Staff |  | 22,000 |  | 22,000 |  | 154,000 |
| 401k/Fees | 1,800 |  | 1,800 |  |  | 12,600 |
| Benefits |  |  | 8,500 |  |  | 25,500 |
|  |  |  |  |  |  |  |
| Rent |  |  |  |  |  |  |
| Aspen |  |  |  |  |  | - |
| 1801 |  | 1,500 |  |  |  | 6,000 |
| BB |  | 5,000 |  |  |  | 20,000 |
| NJH |  | 1,160 |  |  |  | 7,480 |
| CCM |  | 7,500 |  |  |  | 31,000 |
| ICC |  |  |  |  |  |  |
| Wholesale |  |  |  |  |  |  |
| Corp Retail |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
| Sales tax |  |  |  |  |  |  |
| Aspen |  |  |  |  |  | - |
| Aurora |  |  |  | 100 |  | 500 |
| Denver |  |  |  | 14,000 |  | 28,000 |
| Colorado | 3,200 |  |  | 30,400 |  | 72,800 |
|  |  |  |  |  |  |  |
| Vendor Pymts |  |  |  |  |  |  |
| endor payments Credit card | 12,000 | 12,000 | 12,000 | 12,000 |  | 168,000 |
| Alpine (Roasting) | 2,000 | 2,000 | 2,000 | 2,000 |  | 20,000 |
| Accounting |  | 1,200 |  |  |  |  |
| Merchant Fees |  |  |  |  |  |  |
| Aspen |  |  |  |  |  | - |
| 1801 |  | 1,200 |  |  |  | 3,600 |
| BB |  | 1,200 |  |  |  | 3,600 |
| NJH |  | 600 |  |  |  | 1,800 |
| Wholesale |  | 200 |  |  |  | 600 |
|  |  |  |  |  |  |  |
| BK Expenses |  |  |  |  |  |  |
| Andy Johnson Legal |  | 15,000 |  | 5,000 |  | 52,500 |
| R2 LLC |  | 2,500 |  | 2,500 |  | 35,000 |
| Other BK Expense-Trustee |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
| **Total Expense** | 19,000 | 96,143 | 24,300 | 111,083 |  | 817,161 |
| **Ending Cash before Liab** | 176,865 | 129,422 | 153,822 | 91,439 |  | 91,439 |
| **Liability Pymts** |  |  |  |  |  |  |
| Amex Plat |  |  |  |  |  | - |
| Citi Card |  |  |  |  |  | - |
| Chase Card |  |  |  |  |  | - |
| Capital One |  |  |  |  |  | - |
| US Bank CC |  |  |  |  |  | - |
| Newtek SBA |  |  |  |  |  | - |
| PPP |  |  |  |  |  | - |
| EIDL |  |  |  |  |  | - |
| Alpine LOC |  |  |  |  |  | - |
| US Bank Loc | - | - | - | - |  | - |
| ARF Financial |  |  |  |  |  | - |
| Kapitus |  |  |  |  |  | - |
| Fox Loan |  |  |  |  |  | - |
| MX5 Bridge Loan |  |  |  |  |  | - |
| **Total Liabilities** | - | - | - | - |  | - |
|  |  |  |  |  |  |  |
| **Ending Cash after Liab** | 176,865 | 129,422 | 153,822 | 91,439 |  | 91,439 |

# EXHIBIT B

| Insider | Last | First | Pay rate | hours | Total | UHC Deduction | PTO hours | PTO value | Total Before UHC |
|---|---|---|---|---|---|---|---|---|---|
| No | | | $ 18.79 | 51.62 | $ 969.94 | $ 134.83 | | | $ 969.94 |
| No | | | $ 18.29 | 27.22 | $ 497.85 | | | | $ 497.85 |
| No | | | $ 19.79 | 55.9 | $ 1,106.26 | $ 22.62 | 72 | $ 1,424.88 | $ 2,531.14 |
| No | | | $ 18.29 | 49.63 | $ 907.73 | | | | $ 907.73 |
| No | | | $ 18.29 | 39.25 | $ 717.88 | | | | $ 717.88 |
| No | | | $ 18.29 | 14.11 | $ 258.07 | | | | $ 258.07 |
| No | | | $ 18.29 | 35.46 | $ 648.56 | | | | $ 648.56 |
| No | | | $ 18.29 | 22.69 | $ 415.00 | | | | $ 415.00 |
| No | | | $ 18.79 | 62.99 | $ 1,183.58 | $ 22.62 | | | $ 1,183.58 |
| No | | | $ 18.29 | 47.39 | $ 866.76 | | | | $ 866.76 |
| No | | | $ 20.43 | 80 | $ 1,634.62 | $ 118.60 | 72 | $ 1,471.16 | $ 3,105.78 |
| No | | | $ 19.79 | 81.72 | $ 1,617.24 | | 72 | $ 1,424.88 | $ 3,042.12 |
| No | | | $ 18.79 | 25.28 | $ 475.01 | | | | $ 475.01 |
| No | | | $ 18.29 | 5.76 | $ 105.35 | | | | $ 105.35 |
| No | | | $ 19.79 | 52.35 | $ 1,036.01 | | | | $ 1,036.01 |
| No | | | $ 18.29 | 45.39 | $ 830.18 | | | | $ 830.18 |
| No | | | $ 18.29 | 61.18 | $ 1,118.98 | | | | $ 1,118.98 |
| No | | | $ 19.29 | 67.3 | $ 1,298.22 | $ 3.69 | | | $ 1,298.22 |
| No | | | $ 18.29 | 28.14 | $ 514.68 | | | | $ 514.68 |
| No | | | $ 18.79 | 24.4 | $ 458.48 | | | | $ 458.48 |
| No | | | $ 18.29 | 67.89 | $ 1,241.71 | | | | $ 1,241.71 |
| No | | | $ 18.29 | 69.93 | $ 1,279.02 | | | | $ 1,279.02 |
| No | | | $ 18.29 | 21.55 | $ 394.15 | | | | $ 394.15 |
| No | | | $ 26.91 | 80 | $ 2,153.00 | $ 22.62 | | | $ 2,153.00 |
| No | | | $ 18.29 | 40.41 | $ 739.10 | | | | $ 739.10 |
| No | | | $ 18.29 | 50.38 | $ 921.45 | | | | $ 921.45 |
| Yes | | | $ 88.26 | 80 | $ 7,061.00 | | | | $ 7,061.00 |
| No | | | $ 40.87 | 80 | $ 3,269.24 | | 80 | $ 3,269.24 | $ 6,538.48 |
| Yes | | | $ 49.71 | 80 | $ 3,976.75 | | | | $ 3,976.75 |
| | | | Totals | | $ 37,695.83 | $ 324.98 | | $ 7,590.16 | |