| Fill in this information to identify your case | | | |
|---|---|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF COLORADO** | | | |
| Debtor: | Ink! Coffee Company | Case #: | 24-13445-KHT |
| | | Chapter: | 11 |

# Local Bankruptcy Form 1009-1.1
## Notice of Amendment of Petition, Lists, Schedules, Statements, and/or Addition of Creditors

**Please check applicable boxes, complete applicable sections *identifying each amendment*, and attach additional pages as necessary.**

### Part 1   Notice

You are hereby notified that the debtor has filed amended documents: **Schedules A/B, D, E/F, G, H, and Statement of Financial Affairs**
_____
**[petition/list(s)/schedule(s)/statement(s), and/or addition of creditor(s)]**.

### Part 2   Amendments

**2.1. Petition**

☒ Not applicable (no amendments to Petition)

☐ The following section(s) of the Petition are amended as follows:

| Section of Petition | Information before amendment | New information |
|---|---|---|
| | | |
| | | |

**2.2. List(s)**

☒ Not applicable (no amendments to List(s))

☐ The following List(s) are amended as follows:

| List | Information before amendment | New information |
|---|---|---|
| | | |
| | | |

Change in creditor's name or address on List(s):

| Creditor's name and/or address before amendment | Corrected creditor's name and/or address |
|---|---|
| | |
| | |

**2.3. Schedule(s)**

☐ Not applicable (no amendments to Schedules)

☒ Schedule(s) are amended as follows:

Schedules A/B:

| Description of property | Interest in property | Current value of entire property | Current value of portion owned |
|---|---|---|---|
| 2. Cash | | $5,460.00 | $5,460.00 |
| 3.1 US Bank | | $24,291.68 | $24,291.68 |
| 3.2 US Bank | | $6,843.70 | $6,843.70 |
| 3.3 US Bank | | $4.00 | $4.00 |
| 3.4 US Bank | | $824.62 | $824.62 |
| 3.5 US Bank | | $502.04 | $502.04 |
| 3.6 US Bank | | $16.72 | $16.72 |
| 3.7 US Bank | | $268.69 | $268.69 |
| 3.8 US Bank | | $821.45 | $821.45 |
| 11. Accounts receivable | | $6,669.79 | $6,669.79 |
| 19. Food Products | | $37,582.26 (book value) | $37,582.26 (book value) |
| 24. Yes | | | |
| 25. Yes | | $37,841.04 (book value) | $37,841.04 (book value) |
| 50. Fixed Assets | | $57,623.00 (book value) | $20,000-$50,000 (est. liquidation value) |
| 52. Yes | | | |
| 55.1 University | Lease | Unknown | Unknown |
| 55.2 California | Lease | Unknown | Unknown |
| 55.3 Jackson | Lease | Unknown | Unknown |
| 55.4 1st Ave | Lease | Unknown | Unknown |
| 55.5 1st Ave | license | Unknown | Unknown |
| 55.6 E 6th Ave | | Unknown | Unknown |
| 57. No | | | |
| 65. Goodwill | | Unknown | Unknown |
| 67. Yes | | | |

Schedule C:

| Amount of the exemption you claim | Current value of debtor's interest |
|---|---|
| | |
| | |

If you object to this amended claim of exemption, you must file and serve your objection within 30 days after the date this notice is served. Objections must be filed with the Court and a complete copy must be served on debtor's attorney or debtor, if unrepresented.

Schedule D:

| New creditor or Amendment to existing creditor | Creditor's name, last 4 digits of account #, mailing address | Claim amount | Collateral | Collateral value | Any other changes |
|---|---|---|---|---|---|
| ☐ New creditor<br>☒ Amendment to existing creditor | US Small Business Administration<br>1545 Hawkins Blvd Ste 202<br>El Paso TX 79925-2654 | $500,000 | | $0.00 | Combined two claims |
| ☐ New creditor<br>☐ Amendment to existing creditor | | | | | |

Schedules E/F:

| New creditor or Amendment to existing creditor | Creditor's name, last 4 digits of account #, mailing address | Total claim amount | Priority amount (if any) | Any other changes |
|---|---|---|---|---|
| ☐ New creditor<br>☒ Amendment to existing creditor | City and County of Broomfield<br>Sales Tax Administration Div<br>PO Box 407<br>Broomfield, CO 80038-0407 | Unknown | | Moved from Schedule F to E |
| ☐ New creditor<br>☒ Amendment to existing creditor | City of Aspen<br>PO Box 912513<br>Aspen CO 81611 | $156.95 | | Moved from Schedule F to E |
| ☐ New creditor<br>☒ Amendment to existing creditor | City of Glendale<br>Tax Department<br>950 S Birch St.<br>Glendale, CO 80246 | Unknown | | Moved from Schedule F to E |
| ☐ New creditor<br>☒ Amendment to existing creditor | City of Greenwood Village<br>PO Box 910841<br>Denver, CO 80274 | Unknown | | Moved from Schedule F to E |
| ☐ New creditor<br>☒ Amendment to existing creditor | City of Louisville<br>Sales Tax Division<br>749 Main Street<br>Louisville, CO 80027 | Unknown | | Moved from Schedule F to E |
| ☒ New creditor<br>☐ Amendment to existing creditor | Colorado Department of Revenue<br>Bankruptcy Unit<br>Room 104<br>1881 Pierce St<br>Denver CO 80214-1407 | $28,145.58 | | |
| ☒ New creditor<br>☐ Amendment to existing creditor | Department of Finance, Treasury<br>Tax Compliance Specialist/Officer<br>201 W Colfax Ave Dept 1009 MC 405<br>Denver CO 80202 | Unknown | | |
| ☐ New creditor<br>☒ Amendment to existing creditor | Manager of Finance<br>201 W Colfax Ave Dept 206<br>Denver, CO 80202 | $19,368.62 | | Moved from Schedule F to E |
| ☐ New creditor | Internal Revenue Service Attn: | Unknown | | Moved from Schedule F to |

| | | | | |
|---|---|---|---|---|
| ☒ Amendment to existing creditor | Bankruptcy Dept<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | | | E |
| ☐ New creditor<br>☒ Amendment to existing creditor | Securities and Exchange Commission Central Regional Office<br>1961 Stout St Ste 1700<br>Denver, CO 80294-1700 | Unknown | | Moved from Schedule F to E |
| ☐ New creditor<br>☒ Amendment to existing creditor | Securities and Exchange Commission Midwest Regional Office<br>Chicago, IL 60604-2815 | Unknown | | Moved from Schedule F to E |
| ☐ New creditor<br>☒ Amendment to existing creditor | Town of Snowmass Village<br>PO Box 5010<br>Snowmass Village, CO 81615 | Unknown | | Moved from Schedule F to E |
| ☐ New creditor<br>☒ Amendment to existing creditor | ADP<br>P.O. Box 31001-1568<br>Pasadena, CA 91110-1568 | $165.00 | | |
| ☐ New creditor<br>☒ Amendment to existing creditor | All Temp Services<br>714 Scarlet Street<br>Grand Junction, CO 81505 | $486.30 | | |
| ☐ New creditor<br>☒ Amendment to existing creditor | American Express<br>PO Box 96001<br>Los Angeles, CA 90096-8000 | $24,995.49 | | |
| ☐ New creditor<br>☒ Amendment to existing creditor | American Express<br>PO Box 96001<br>Los Angeles, CA 90096-8000 | $72,524.70 | | |
| ☐ New creditor<br>☒ Amendment to existing creditor | American Trailer Renter Group LLC<br>DBA Colorado Storage Systems<br>PO Box 772320<br>Detroit, MI 48277 | $861.66 | | |
| ☐ New creditor<br>☒ Amendment to existing creditor | Aspen Skiing Company<br>Attn: Accts Receivable<br>PO Box 1248<br>Aspen, CO 81612 | $66,588.02 | | |
| ☐ New creditor<br>☒ Amendment to existing creditor | Blue Tiger Coffee<br>1 S 660 Midwest Road Suite 120<br>Oakbrook Terrace, IL 60181 | $907.85 | | |
| ☐ New creditor<br>☒ Amendment to existing creditor | BPREP 1801 California Street Owner LLC<br>1801 California St Ste 200<br>Denver CO 80202 | $5,273.85 | | Add notice party Brookfield Properties |
| ☐ New creditor<br>☒ Amendment to existing creditor | Burrito Del Mar<br>PO Box 19793<br>Boulder, CO 80308-2793 | $157,645.68 | | |

| | | | | |
|---|---|---|---|---|
| ☒ New creditor<br>☐ Amendment to existing creditor | Cape Horn<br>191 University Blvd #515<br>Denver CO 80206 | $7,592.64 | | |
| ☐ New creditor<br>☒ Amendment to existing creditor | CenturyLink<br>PO Box 91155<br>Seattle, WA 98111-9255 | $685.58 | | |
| ☐ New creditor<br>☒ Amendment to existing creditor | Cintas<br>PO Box 88005<br>Chicago, IL 60680 | $1,112.90 | | |
| ☐ New creditor<br>☒ Amendment to existing creditor | Costco Business Center Whse 650<br>440 S Zuni St<br>Denver CO 80223 | $1,291.46 | | |
| ☐ New creditor<br>☒ Amendment to existing creditor | Denver Water<br>PO Box 173343<br>Denver, CO 80217-3343 | $1,314.15 | | |
| ☐ New creditor<br>☒ Amendment to existing creditor | (Elavi) BYLD Bar LLC<br>2335 W 208th St Ste 212<br>Torrance CA 90501 | $235.35 | | |
| ☐ New creditor<br>☒ Amendment to existing creditor | Eldorado Artesian Springs Inc.<br>1783 Dogwood St<br>Louisville, CO 80027 | $1,602.19 | | |
| ☐ New creditor<br>☒ Amendment to existing creditor | Evergreen ZeroWaste<br>PO Box 1399<br>Carbondale, CO 81623 | $835.00 | | |
| ☐ New creditor<br>☒ Amendment to existing creditor | First choice coffee servers<br>1441 W. Bayaud Ave, Unit 5<br>Denver, CO 80223 | $1,599.58 | | |
| ☐ New creditor<br>☒ Amendment to existing creditor | General Air<br>1105 Zuni St.<br>Denver, CO 80204-3338 | $914.03 | | |
| ☐ New creditor<br>☒ Amendment to existing creditor | Impact Fire Services<br>1445 W Tufts Ave<br>Englewood, CO 80110 | $180.00 | | |
| ☐ New creditor<br>☒ Amendment to existing creditor | Italco Food Products<br>PO Box 17981<br>Denver, CO 80217-7981 | $15,885.09 | | |
| ☐ New creditor<br>☒ Amendment to existing creditor | Java Frost<br>1305 S Lyon St<br>Santa Ana, CA 92705 | $6,700.85 | | |
| ☐ New creditor<br>☒ Amendment to existing creditor | Jovi's Mechanical<br>PO Box 1511<br>Eastlake, CO 80614 | $159.62 | | |
| ☐ New creditor<br>☒ Amendment to existing creditor | Larimer Investments<br>303 S Broadway<br>Ste 200-350<br>Denver, CO 80209 | $90,557.50 | | |
| ☐ New creditor<br>☒ Amendment to existing creditor | Louis Swiss Pastry Inc.<br>400 Aspen Business Center | $1,691.01 | | |

| | | | | | |
|---|---|---|---|---|---|
| | Aspen, CO 81611 | | | | |
| ☐ New creditor<br>☒ Amendment to existing creditor | Modern Luxury<br>c/o DM Luxury, LLC<br>PO Box 530204<br>Atlanta, GA 30353-0204 | $900.00 | | | |
| ☒ New creditor<br>☐ Amendment to existing creditor | MX5Brands<br>15220 E 6th Ave Unit B<br>Aurora CO 80011 | $17,158.13 | | | |
| ☐ New creditor<br>☒ Amendment to existing creditor | National Jewish Health<br>Attn: Angie Rossi<br>1400 Jackson St<br>Denver, CO 80206 | $7,576.61 | | | |
| ☒ New creditor<br>☐ Amendment to existing creditor | Northwestern Mutual<br>Dwayne A Day<br>1873 S Bellaire St Ste 1600<br>Denver, CO 80222 | $184.76 | | | |
| ☐ New creditor<br>☒ Amendment to existing creditor | Olive & Finch<br>4609 E Colfax Ave<br>Denver, CO 80220 | $3,271.97 | | | |
| ☐ New creditor<br>☒ Amendment to existing creditor | Powered Books<br>5455 Wilshire Blvd Ste 1930<br>Los Angeles, CA 90036 | $1,160.00 | | | |
| ☐ New creditor<br>☒ Amendment to existing creditor | Presto-X<br>PO Box 13848<br>Reading, PA 19612-3848 | $273.16 | | | |
| ☒ New creditor<br>☐ Amendment to existing creditor | Recess Campus Lounge Corp.<br>Attn: Owen Olson<br>2715 17th Street, #103<br>Denver CO 80211 | $4,862.67 | | | |
| ☐ New creditor<br>☒ Amendment to existing creditor | Shamrock Foods<br>PO Box 933534<br>Atlanta, GA 31193-3534 | $1,361.84 | | | |
| ☐ New creditor<br>☒ Amendment to existing creditor | Sinex USA LLC<br>dba Cafe Richesse<br>1281 E Magnolia, Box 247<br>Fort Collins, CO 80524 | $510.00 | | | |
| ☒ New creditor<br>☐ Amendment to existing creditor | Solis Dist/Breggos<br>Breggos Inc.<br>PO Box 18960<br>Boulder CO 80308 | $507.08 | | | |
| ☐ New creditor<br>☒ Amendment to existing creditor | Spruce Confections<br>767 Pearl St. Ste B<br>Boulder, CO 80302 | $3,276.82 | | | |
| ☐ New creditor<br>☒ Amendment to existing creditor | Taubman Cherry Creek Shopping Center LLC<br>Department 89801<br>PO Box 89801<br>Detroit, MI 48267-0898 | $8,875.49 | | | |
| ☐ New creditor<br>☒ Amendment to existing creditor | Think Jerky<br>205 N Michigan Ave, Ste 810<br>Chicago, IL 60601 | $288.00 | | | |
| ☐ New creditor<br>☒ Amendment to existing creditor | TricorBraun/Pacific Bag<br>15300 Woodinville- | $513.00 | | | |

| | | | | | |
|---|---|---|---|---|---|
| | Redmond Rd Ne Ste A Woodinville, WA 98072 | | | | |
| ☒ New creditor<br>☐ Amendment to existing creditor | United Healthcare UHS Premium Billing PO Box 94017 Palatine IL 60094-4017 | $8,028.68 | | | |
| ☒ New creditor<br>☐ Amendment to existing creditor | Valutec 8500 Governors Hill Dr Symmes Township OH 45249 | $20.99 | | | |
| ☐ New creditor<br>☒ Amendment to existing creditor | Waste Management PO Box 7400 Pasadena, CA 91109-7400 | $1,053.87 | | | |
| ☒ New creditor<br>☒ Amendment to existing creditor | Western Paper PO Box 23055 New York, NY 10087-3055 | $768.41 | | | |
| ☒ New creditor<br>☐ Amendment to existing creditor | What Chefs Want Creation Gardens 2055 Nelson Miller Pkwy Louisville KY 40223 | $1,188.27 | | | |
| ☐ New creditor<br>☒ Amendment to existing creditor | Xcel Energy PO Box 9477 Minneapolis, MN 55484-9477 | $1,949.21 | | | |

Schedule G:

| Contracting/Leasing party and address | What the contract of lease is for |
|---|---|
| BPREP 1801 California Street Owner LLC<br>1801 California St Ste 200<br>Denver CO 80202 | 1801 California St Suite 110, Denver CO 80202 |
| Recess Campus Lounge, Corp.<br>Attn: Owen Olson<br>2715 17th Street, #103<br>Denver CO 80211 | 709 South University Blvd, Denver CO 80209 |
| Toast, Inc.<br>401 Park Drive, Ste 801<br>Boston MA 02215 | Merchant agreement for 709 S University Blvd |
| Toast, Inc.<br>401 Park Drive, Ste 801<br>Boston MA 02215 | Merchant agreement for 1801 California |

Schedule H:

| Co-debtor/spouse, former spouse, or legal equivalent; name and address | Creditor to whom you owe the debt/community state or territory |
|---|---|
| Andrew Saltonstall<br>217 Fairfax St<br>Alexandria VA 22314 | US Small Business Administration |
| Andrew Saltonstall<br>217 Fairfax St<br>Alexandria VA 22314 | Newtek |
| Andrew Saltonstall<br>217 Fairfax St<br>Alexandria VA 22314 | Alpine Bank |
| Andrew Saltonstall<br>217 Fairfax St<br>Alexandria VA 22314 | US Bank |
| John Rose<br>3535 Monroe St<br>Denver CO 80205 | US Small Business Administration |
| John Rose<br>3535 Monroe St<br>Denver CO 80205 | Fox Funding Group LLC |
| John Rose<br>3535 Monroe St<br>Denver CO 80205 | Kapitus LLC |
| John Rose<br>3535 Monroe St<br>Denver CO 80205 | Timberland Bank |
| John Rose<br>3535 Monroe St<br>Denver CO 80205 | Newtek |
| John Rose<br>3535 Monroe St<br>Denver CO 80205 | Alpine Bank |
| John Rose<br>3535 Monroe St<br>Denver CO 80205 | US Bank |
| Keith Herbert<br>15220 E 6th Avenue Unit B<br>Aurora CO 80011 | US Small Business Administration |
| Keith Herbert<br>15220 E 6th Avenue Unit B<br>Aurora CO 80011 | American Express |
| Keith Herbert<br>15220 E 6th Avenue Unit B<br>Aurora CO 80011 | Citibusiness Card |
| Keith Herbert<br>15220 E 6th Avenue Unit B<br>Aurora CO 80011 | Chase Card Services |
| Keith Herbert<br>15220 E 6th Avenue Unit B<br>Aurora CO 80011 | Capital One |
| Keith Herbert<br>15220 E 6th Avenue Unit B<br>Aurora CO 80011 | US Bank Credit Card |
| Keith Herbert<br>15220 E 6th Avenue Unit B<br>Aurora CO 80011 | US Bank Line of Credit |
| Keith Herbert<br>15220 E 6th Avenue Unit B<br>Aurora CO 80011 | Alpine Bank |

| | |
|---|---|
| Keith Herbert<br>15220 E 6th Avenue Unit B<br>Aurora CO 80011 | US Bank |

Schedules I/J:

| Amended/New information |
|---|
| |
| |

## 2.4. Statement(s)

☐ Not applicable (no amendments to Statement(s))

☒ The following Statement(s) are amended as follows:

| Statement | Information before amendment | New information |
|---|---|---|
| Statement of Financial Affairs | 30. All Dates listed: 6/19/2024 | 30. All Dates Listed: Various |
| Statement of Financial Affairs | 30. Keith Herbert, $18,789.95 value on 6/19/2024 for Car Payments | 30. Keith Herbert, $18,789.95 on various dates for Car payments, registration fees, car insurance and fuel |
| Statement of Financial Affairs | 30. None | 30. Keith Herbert, $3,468.38 on various dates for travel, entertainment |
| Statement of Financial Affairs | 30. None | 30. Keith Herbert, $3,691.48 on various dates for meals |

## 2.5. Addition of Creditor(s)

☐ Not applicable (no additions)

☒ Creditors have been added as follows (and Schedules D, E, or F have been amended accordingly):

☒ Creditors have been amended as follows:

Change in creditor's name or address:

| Creditor's name and/or address before amendment | Corrected creditor's name and/or address |
|---|---|
| BBAC, LLC<br>Attn: Jeff Smith, Manager<br>PO Box 473<br>Littleton CO 80160 | Recess Campus Lounge, Corp.<br>Attn: Owen Olson<br>2715 17th Street, #103<br>Denver CO 80211 |
| US Small Business Administration<br>10737 Gateway West #300<br>El Paso TX 79935-4910 | US Small Business Administration<br>1545 Hawkins Blvd Ste 202<br>El Paso TX 79925-2654 |
| BOP 1801 California Street LOC-BOP<br>PO Box 775156<br>Chicago IL 60677-5156 | BPREP 1801 California Street Owner LLC<br>1801 California St Ste 200<br>Denver CO 80202 |
| Breggos Inc.<br>PO Box 18960<br>Boulder CO 80308 | Solis Dist<br>Breggos Inc.<br>PO Box 18960 |

|  |  |
|---|---|
|  | Boulder CO 80308 |
| Whse 650<br>440 S Zuni St<br>Denver CO 80223 | Costco Business Center<br>Whse 650<br>440 S Zuni St<br>Denver CO 80223 |
| Creation Gardens<br>2055 Nelson Miller Pkwy<br>Louisville KY 40223 | What Chefs Want<br>Creation Gardens<br>2055 Nelson Miller Pkwy<br>Louisville KY 40223 |
| City of Aspen<br>PO Box 912513<br>Aspen CO 80291-2513 | City of Aspen<br>PO Box 912513<br>Aspen CO 81611 |

**Part 3**  **Signature of Debtor's Attorney or Debtor (if unrepresented)**

Dated: August 13, 2024           *s/ Gabrielle G. Palmer*
                         Gabrielle G. Palmer, #48948
                         Andrew D. Johnson, #36879
                      ONSAGER | FLETCHER | JOHNSON | PALMER LLC
                      600 17th Street Suite 425N
                      Denver, CO 80202
                      Ph: 720-457-7059
                      E-mail: gpalmer@OFJlaw.com