# EXHIBIT 4

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | Case No. 24-13445 KHT |
| INK! COFFEE COMPANY, ) | Chapter 11, Subchapter V |
| EIN: 84-1318782 ) | |
| ) | |
| Debtor. ) | |

### NOTICE OF SALE BY AUCTION

**PLEASE TAKE NOTICE** that on August __, 2024, Ink! Coffee Company ("Debtor")[1] filed its Motion for Order Authorizing and Approving: (A) Bid Procedures for the Going Concern Sale of Substantially All of Debtor's Assets; (B) Notice of Sale by Auction; (C) the Auction; and (D) Approving Stalking Horse Bid and Bid Protections; and (E) Granting Related Relief (the "Motion") [Docket No. __] with the United States Bankruptcy Court for the District of Colorado (the "Court").

Subject to Court approval, Debtor intends to solicit bids for the sale of substantially all of its assets, including inventory, furniture, fixtures, office materials and supplies, tradenames and other intellectual property, goodwill, certain executory contracts and unexpired leases of non-residential real property, personal property and other assets (collectively, the "Assets") on the terms and conditions set forth in the Asset Purchase Agreement (the "APA") between Debtor and Boria Capital, LLC ("Purchaser" or "Stalking Horse"), a copy of which is attached to the Motion as **Exhibit 1**.

Pursuant to the APA, the Stalking Horse has agreed to purchase the Assets in exchange for consideration totaling $300,000 (the "Purchase Price"), calculated as follows: (a) cash in the amount of $100,000; (b) the deemed satisfaction, for the benefit of Debtor's estate, of the debt, claims, and security interests arising from the Loan Agreement between Debtor and Stalking Horse totaling $164,000; (c) the deemed satisfaction, for the benefit of Debtor's estate, of the unpaid debt or claim arising from the Unsecured Loan from Chris Leevers totaling $36,000.

In the Motion, Debtor seeks approval of:

1. Buyer protections for Stalking Horse, including, pursuant to the APA, a break-up fee of $9,000 (the "Break-Up Fee"), plus reimbursement of the reasonable, actual and documented costs and out-of-pocket expenses incurred by Stalking Horse in connection with the negotiation, preparation, execution and entry of the APA and the transactions contemplated thereby, in an amount not to exceed $5,000 (the "Expense Reimbursement");

---

[1] All terms not otherwise defined herein shall have the meaning set forth in the Motion or the Bid Procedures, as applicable.

    2.       The Bid Procedures attached to the Motion as **Exhibit 3**;

    3.       The form and manner of the Sale Notice attached to the Motion as **Exhibit 4**; and

    4.       A public auction to conduct a sale of the Assets.

**PLEASE TAKE FURTHER NOTICE** that Debtor is soliciting offers for the purchase of the Assets consistent with the bid procedures (the "Bid Procedures") approved by the Court by entry of an order on _____, 2024 [Docket No.___] (the "Bid Procedures Order"). **All interested bidders should carefully read the Bid Procedures and Bid Procedures Order.** To the extent that there are any inconsistencies between this Notice and the Bid Procedures or Bid Procedures Order, the Bid Procedures or Bid Procedures Order, as applicable, shall govern in all respects.

**PLEASE TAKE FURTHER NOTICE** that Debtor may conduct a virtual auction (the "Auction") on September 20, 2024 at 10:00 a.m. (prevailing Mountain Time), by videoconference. In the event Debtor determines that an Auction is appropriate, Debtor shall provide electronic notice to all Qualified Bidders (as defined in the Bid Procedures), creditors, and interested parties by filing such notice in the Bankruptcy Case: (a) that Qualified Bids (as defined in the Bid Procedures) were timely received; (b) whether an Auction will take place; (c) video conference information for the virtual Auction; and (d) the terms of the highest or best Qualified Bid (the "Baseline Bid") where the bidding will start (the "Auction Notice"). The Auction Notice shall contain instructions on how to access the virtual Auction. Any Auction will be conducted openly and all creditors and interested parties will be permitted to attend.

**PLEASE TAKE FURTHER NOTICE** that no later than September 24, 2024, Debtor will file with the Court a Notice of Auction Results to notify creditors and interested parties of the Successful Bidder at the Auction, which Successful Bidder will be obligated to close the transaction contemplated by the APA or Modified APA, as applicable. Debtor intends to seek approval of the sale of the Assets to Stalking Horse or the Successful Bidder, as applicable, through a chapter 11 plan.

**PLEASE TAKE FURTHER NOTICE** that copies of the Bid Procedures, the Bid Procedures Order, and all related exhibits, including the Asset Purchase Agreement, are available: (a) upon request to Debtor's counsel at ajohnson@OFJlaw.com and gpalmer@OFJlaw.com; or (b) for a fee via PACER by visiting http://www.cob.uscourts.gov.

Dated: _____ ___, 2024

Respectfully submitted,

**ONSAGER | FLETCHER | JOHNSON | PALMER LLC**

*s/ Andrew D. Johnson*
Andrew D. Johnson, #36879
Gabrielle G. Palmer, #48948
600 17th Street, Suite 425 North
Denver, Colorado 80202
Ph: (720) 457-7061
ajohnson@OFJlaw.com
gpalmer@OFJlaw.com

*Attorneys for Ink! Coffee Company*