UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

In re: ) Bankruptcy No.
    Ink! Coffee Company )    24-13445-KHT
) Chapter 11
)
)

**NOTICE TO FILE**

TO THE DEBTOR (OR TRUSTEE) AND ITS ATTORNEY:

    On  01/17/2025  , the Court entered an order confirming the chapter 11 plan in the above-entitled action.  As a result, certain actions are required of the Debtor to facilitate full administration and closing of the case.

NOTICE IS HEREBY GIVEN that

1. Upon substantial consummation of the Debtor's plan, the Debtor shall file a notice with the Court, after which the SubChapter V Trustee may file their final report with the Court.

2. Upon completion of all required actions under the plan, the debtor shall file a final report and motion for final decree in substantial conformity with L.B.F. 3022-1.1, together with a proposed order in substantial conformity with L.B.F. 3022-1.3 and serve it on the United States Trustee and parties requesting notice.

DATED: 2/27/2025                        BY ORDER OF THE COURT:

                                              KENNETH S. GARDNER, CLERK

                                              By:  RP  , Deputy Clerk
                                                     United States Bankruptcy Court
                                                     U.S. Custom House
                                                     721 19th Street
                                                     Denver, Colorado 80202-2508